ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
HEATHER M. MELTON, CSBN 260870
Special Assistant United States Attorney
      333 Market Street, Suite 1500
      San Francisco, California 94105
      Telephone: (415) 977-8940
      Facsimile:  (415) 744-0134
      E-Mail: heather.melton@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| RICHARD GONZALES,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | Case No. 5:10-CV-00414-AGR<br><br>JUDGMENT OF REMAND |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of U.S.C. § 405(g) for further proceedings consistent with that stipulation and entry for judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: October 21, 2010      _/s/ Alicia G. Rosenberg_____
                                HONORABLE ALICIA G. ROSENBERG
                                UNITED STATES MAGISTRATE JUDGE