LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

RICHARD GONZALES,    )  No. EDCV 10-414 AGR
    )
  Plaintiff,    )  <u>ORDER AWARDING EAJA FEES</u>
    )
  v.    )
    )
MICHAEL J. ASTRUE,    )
Commissioner Of Social Security,    )
    )
  Defendant.    )

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the stipulation.

DATE: December 21, 2010    _____
                                   HON. ALICIA G. ROSENBERG
                                   UNITED STATES MAGISTRATE JUDGE

-1-